IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

| | | |
|---|---|---|
| CHRIMAR SYSTEMS, INCORPORATED, D/B/A CMS TECHNOLOGIES, INCORPORATED | § § § § | |
| Plaintiff, | § § § | CIVIL ACTION 2:01cv71113 |
| vs. | § § | |
| CISCO SYSTEMS, INCORPORATED, | § § | JURY TRIAL REQUESTED |
| Defendant. | § § | |

## AGREED ORDER OF DISMISSAL

CAME ON TO BE CONSIDERED the Agreed Motion To Dismiss With Prejudice of Chrimar and Cisco. The Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims made by Chrimar against Cisco and all claims made by Cisco against Chrimar therein are hereby DISMISSED with prejudice to the re-filing of same. All costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

This is a final judgment.

SIGNED this 15th day of September, 2005.

                                             s/ Avern Cohn
                                             HONORABLE AVERN COHN
                                             UNITED STATES DISTRICT JUDGE